## McPherson, Appellant, v. Cole.

Argued March 18, 1913.  Appeal, No. 419, Jan. T., 1912, by plaintiff, from order of C. P. Susquehanna Co., Nov. T., 1911, No. 99, opening judgment in case of James McPherson, assigned to George I. Cole, v. Annie Cole, Administratrix of the Estate of Henry Cole, deceased.  Before FELL, C. J., BROWN, MESTREZAT, POTTER and STEWART, JJ.  Appeal dismissed.

Rule to open judgment.  Before LITTLE, P. J.

*John R. Jones,* for appellant.

*John Ferguson,* for appellee.

OPINION BY MR. JUSTICE STEWART, April 21, 1913:

The record in this case discloses no reason for the appeal, since the parties and the matters in dispute are exactly the same as in appeal No. 418 of this same term McPherson v. Cole, 240 Pa. 444, in which an opinion has just been handed down.  The assignments of error are the same in each case.  A like judgment of affirmance must be entered here.

The appeal is dismissed at costs of appellant.